JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ROBERTO SUAREZ-RUIZ, | CASE NO. 5:26-cv-01393-SK |
| Petitioner, | **JUDGMENT** |
| vs. | |
| KRISTI NOEM, et al. | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted to the extent provided in that Order.

The Clerk of Court is directed to close this case.

DATED: May 4, 2026

_____
HON. STEVE KIM
United States Magistrate Judge

1